<div style="text-align:center">

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| G. V.,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>       Defendants. | Case No.  25-cv-10919-LJC<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al.*, No. 24-cv-06580-YGR.

      **IT IS SO ORDERED.**

Dated: January 8, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

<div style="transform: rotate(180deg); writing-mode: vertical-rl">United States District Court<br>Northern District of California</div>